**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | 2:21-MJ-00079-VCF |
| v. | **ORDER** |
| JAMES POOLEY, | |
| Defendant(s). | |

Before me is the motion to modify one of the terms of probation (ECF No. 36) and motion to modify conditions of release to travel outside the country while on probation (ECF No. 38).

Accordingly,

I ORDER that an in-person hearing on the motion to modify one of the terms of probation (ECF No. 36) and motion to modify conditions of release to travel outside the country while on probation (ECF No. 38), is SCHEDULED for 2:00 PM, March 23, 2022, in Courtroom 3D.

DATED this 15th day of March 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1