CRAIG MUELLER & & ASSOCIATES
CRAIG A. MUELLER, ESQ.
Nevada Bar No.4703
808 S. Seventh Street
Las Vegas, Nevada 89101
(702) 382-1200
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# STATE OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>  vs.<br>JAMES POOLEY,<br><br>    Defendant. | Case No.: 2:21-mj-00079-VCF<br><br>**ORDER ALLOWING DEFENDANT TO TRAVEL OUTSIDE OF THE COUNTRY** |

COMES NOW, Defendant, JAMES POOLEY, by and through his attorney, CRAIG A. MUELLER, ESQ., of the law firm CRAIG MUELLER & ASSOCIATES, INC., and moves this Honorable Court pursuant to the hearing held on or about March 23, 2022 in this court,

IT IS HEREBY ORDERED that the Defendant's Proposed Order allowing him to travel outside of the Country to the Philippines from the period of June 5, 2022 through June 17, 2022 is hereby granted.

DATED this 26th day of May 2022

_____
UNITED STATES MAGISTRATE JUDGE